FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED



JUL 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY TOMCZYK,<br><br>      Petitioner,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>      Respondent. | No. 16-72926<br><br>Agency No. A029-468-078<br><br><br>**ORDER** |

**THOMAS**, Chief Judge:

  Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition is vacated.